## STATE v. WILLIAMS

No. 270P91

Case below: 102 N.C.App. 824

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## STATE v. WOODARD

No. 271P91

Case below: 102 N.C.App. 687

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## STATE EX REL. COMR. OF INS. v. N.C. RATE BUREAU

No. 266PA91

Case below: 102 N.C.App. 824

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

## TRAVCO HOTELS v. PIEDMONT NATURAL GAS CO.

No. 281A91

Case below: 102 N.C.App. 659

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 14 August 1991.